No. 500. BEVAN *v.* LIGHT, SHERIFF. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioner. *Messrs. Raymond T. Jackson, New-*

*ton D. Baker,* and *Harold W. Fraser* for respondent.

